evaluated on this appeal. We reverse the district court's decision on the *Witherspoon* issue and remand to that court for further proceedings not inconsistent with this opinion.

AFFIRMED IN PART, REVERSED IN PART, and REMANDED.

---

RONEY, Circuit Judge, specially concurring.

Since I am not prepared to agree that this Court's decision in *Goode v. Wainwright,* 704 F.2d 593 (11th Cir.1983) retains its viability in light of *Stephens v. Zant,* —— U.S. ——, 103 S.Ct. 2733, 77 L.Ed.2d 235 (1983), and *Barclay v. Florida,* —— U.S. ——, 103 S.Ct. 3418, 77 L.Ed.2d 1134 (1983), I concur only in the result reached by the Court. Since this case is distinguishable from *Goode,* it matters not to this decision how these Supreme Court decisions may have detracted from the *Goode* analysis.

Although I doubt the soundness of the analysis which leads to the reversal under *Witherspoon v. Illinois,* 391 U.S. 510, 88 S.Ct. 1770, 20 L.Ed.2d 776 (1968), I recognize the Court's attempt to faithfully follow the decisions in this Circuit which, although questionable, guide that analysis and I therefore do not dissent.

Joseph B. Bergen and John J. Sullivan, Savannah, Ga., for petitioner.

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.

PER CURIAM:

The state appeals a grant of a writ of habeas corpus by the United States District Court. A panel of this Court reversed in a divided decision. *Dasher v. Stripling,* 685 F.2d 385 (11th Cir.1982). This Court took the case en banc, which resulted in the panel opinion being vacated. The judges of the en banc court are equally divided on the proper disposition of this case. Therefore, the judgment of the district court is affirmed as a matter of law, and this decision of the Court of Appeals has no precedential value. *Henderson v. Fort Worth Independent School District,* 584 F.2d 115 (5th Cir. 1978) (en banc), *cert. denied,* 441 U.S. 906, 99 S.Ct. 1996, 60 L.Ed.2d 375 (1979).

AFFIRMED BY OPERATION OF LAW.

**Remer J. DASHER, Respondent,**

v.

**Norman STRIPLING, Petitioner.**

**No. 81–7441.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 1983.

William B. Hill, Jr., Asst. Atty. Gen., Mary Beth Westmoreland, Atlanta, Ga., for respondent.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**John D. HOPE, Defendant-Appellant.**

**No. 82–3037
Non-Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 1983.